IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DIANA M. MILLER,**
    **Plaintiff,**

**vs.**                                                   **CASE NO.: 3:05cv195/MCR/MD**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
    **Defendant.**

_____

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 21, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The defendant's motion for remand pursuant to sentence six of 42 U.S.C. § 405(g) (doc. 13) is GRANTED and this case is remanded to the Commissioner for further proceedings. This court will retain jurisdiction while the

**case is on remand and the Commissioner is ordered to file with the court a status report after sixty days, and every sixty days thereafter.**

    **DONE AND ORDERED this 25th day of January, 2006.**


    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **UNITED STATES DISTRICT JUDGE**