IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DIANA M. MILLER,**
  **Plaintiff,**

v.                   **3:05cv195/MCR/MD**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
  **Defendant.**
_____/

## O R D E R

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 2, 2007.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

  Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now ORDERED as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant's motion for final judgment (doc. 29) is GRANTED pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the clerk is directed to enter judgment in favor of plaintiff.

DONE AND ORDERED this 7th day of March, 2007.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**