**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**


**DIANA M. MILLER,**
  **Plaintiff,**

**v.**            **3:05cv195/MCR/MD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
  **Defendant.**
_____/

**O R D E R**

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 17, 2007.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

  Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now ORDERED as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. The plaintiff's motion for fees, and the parties' joint motion for order granting attorney's fees and expenses under the Equal Access to Justice Act (docs. 33, 38) are GRANTED as set forth below.

3.      Plaintiff's counsel, Stephanie A. Taylor, Esquire, is entitled to recover reasonable fees for representing plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); attorney fees in the amount of $4,800.00 under the EAJA are reasonable; and the Commissioner is directed to pay counsel this amount from Social Security appropriations.  Costs in the amount of $250.00 should also be awarded, to be paid from the Judgment Fund.

DONE AND ORDERED this 18th day of October, 2007.


*s/ M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**